# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(86)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
        Defendant-Appellant.

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his brief on appeal is GRANTED. The brief will be accepted as timely filed if filed on or before January 15, 2014.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2013

Clerk